# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HARVEY WILLIAM HUGUNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-CV-53 |
| ) | Chief Judge Pamela L. Reeves |
| DAVID C. NYE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Christopher H. Steger [R. 4]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that this action be dismissed without prejudice and the application for in forma pauperis status be denied as moot.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation [R. 4], which the Court adopts and incorporates into its ruling, that this action is **DISMISSED** without prejudice and that the application for in forma pauperis status [R. 1] is denied as **MOOT**.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**